UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TROY CUNNINGHAM and HUDDOX LLC,

                Plaintiffs.

     against-

CHET STOJANOVICH and PHOENIX DATA, LLC,

                Defendants.

**STATEMENT OF DAMAGES**

Case No. 1:21-CV-11001-NRB

---

| | |
|---|---|
| Principal amount sued for | $118,294.64 |
| Interest at 9% from September 14, 2021 through April 28, 2022 | 6,650.43 |
| Total (as of April 28, 2022) | $124,945.07 |

DATED: April 28, 2022

E. STEWART JONES HACKER MURPHY LLP

By: _/s/_____
Patrick L. Seely, Jr.
SDNY Bar No. PS3874
*Attorneys for Plaintiffs*
28 Second Street
Troy, New York 12110
Tel. No.: (518) 274-5820
Email: pseely@joneshacker.com