UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

TROY CUNNINGHAM and HUDDOX LLC,

                     Plaintiffs.

      against-

CHET STOJANOVICH and PHOENIX DATA, LLC,

                Defendants.

———————————————————————

**<u>DEFAULT JUDGMENT</u>**

Pursuant to 28 U.S.C. §1746

Case No.  1:21-CV-11001-NRB

       This action having been commenced on December 22, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Phoenix Data LLC, on January 5, 2022 by personally delivering the Summons and Complaint to the New York State Department of State as said defendant's agent pursuant to New York Limited Liability Company Law §304 and thereafter mailing a copy of the Summons and Complaint to Phoenix Data LLC on January 6, 2022 and a proof of said service on defendant, Phoenix Data, LLC, having been filed on January 11, 2022 (ECF Doc. #10), and served on the defendant, Chet Stojanovich, on January 15, 2022 by affixing a copy of the Summons and Complaint to the door of his residence and thereafter mailing a copy of same to his place of residence on January 18, 2022 pursuant to N.Y. C.P.L.R. §304(4), and a proof of said service on each of the defendants having been filed on January 26, 2022 (ECF Doc. #12), and having personally served again the defendant, Phoenix Data LLC, on January 15, 2022 by affixing a copy of the Summons and Complaint to the door at the address for defendant Stojanovich's residence and thereafter mailing a copy of the Summons and Complaint to Phoenix Data LLC on January 18, 2022 and a proof of said service on each of the defendants having been filed on January 26,

2022 (ECF Doc. #11), and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiffs, Huddox, LLC and Troy Cunningham, have judgment against defendants, Phoenix Data LLC and Chet Stojanovich, jointly and severally, in the liquidated principal amount of One Hundred Eighteen Thousand Two Hundred and Ninety-Four 64/100 Dollars ($118,294.64) with prejudgment interest from September 14, 2021 through July 13, 2022 at a rate of 9% per annum in the amount of Eight Thousand Eight Hundred Sixty-Seven and 24/100 Dollars ($8,867.24) amounting in all to One Hundred Twenty-Seven Thousand One Hundred Sixty-One and 88/100 Dollars ($127, 161.88).

So Ordered:
Date:   July 15, 2022
New York, New York

Hon. Naomi Reice Buchwald
District Judge